**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Manuel Enrique MORENO–GOMEZ,
Defendant–Appellant.**

No. 05–40276.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Manuel Enrique Moreno–Gomez, McRae, GA, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Manuel Enrique Moreno–Gomez on appeal has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Moreno–Gomez has filed a response.

Our independent review of counsel's brief, Moreno–Gomez's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.